# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3459

_____

Tannise Y. Larkins,                          *
                                             *
            Appellant,                       *
                                             *    Appeal from the United States
      v.                                     *    District Court for the District of
                                             *    Minnesota.
Target Stores, Inc.,                         *
                                             *       [UNPUBLISHED]
            Appellee.                        *

_____

Submitted: November 19, 1998

Filed: December 7, 1998

_____

Before BEAM, MAGILL, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

      Tannise Y. Larkins appeals the district court's[1] adverse grant of summary judgment. She alleges that her former employer, Target Stores, Inc., discriminated against her on the basis of race, in violation of Title VII, and on the basis of disability, in violation of the Americans with Disabilities Act. Having carefully reviewed the

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, presiding.

record and the parties' briefs, we conclude that no error of law appears and accordingly affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.